UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL BACON; et al.,<br><br>      Plaintiffs-Appellants,<br><br> v.<br><br>NADINE WOODWARD, Mayor of the City of Spokane; et al.,<br><br>      Defendants-Appellees,<br><br> and<br><br>JAY ROBERT INSLEE, Governor, State of Washington; ROBERT FERGUSON, Attorney General, State of Washington,<br><br>      Intervenor-Defendants-Appellees. | No.   22-35611<br><br>D.C. No. 2:21-cv-00296-TOR<br>Eastern District of Washington, Spokane<br><br>ORDER |

Before: HAWKINS, R. NELSON, and COLLINS, Circuit Judges.

The panel has voted to deny the petition for panel rehearing. Dkt. 57.

Judges R. Nelson and Collins voted to deny the petition for rehearing en banc and Judge Hawkins so recommended. *Id.*

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

2

The petition for panel rehearing and rehearing en banc is **DENIED**.